| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DARON COPELAND, §
　§
　Petitioner, §
　§
versus § CIVIL ACTION NO. 1:17-CV-230
　§
WARDEN, FCI BEAUMONT LOW §
　§
　Respondent. §

## MEMORANDUM OPINION AND ORDER

Petitioner, Daron Copeland, a federal prisoner at FCI Beaumont Medium, proceeding with counsel, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition for writ of habeas corpus be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in

---

[1] The Report and Recommendation was returned as undeliverable with the notation "RTS." (docket enry no. 8).

accordance with the recommendations of the Magistrate Judge.

      SIGNED at Beaumont, Texas, this 28th day of May, 2020.

                                                                                       MARCIA A. CRONE
                                                                                  UNITED STATES DISTRICT JUDGE